**Fill in this information to identify the case:**

Debtor 1     <u>Dustin Keith Mullen</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     <u>Southern District of Mississippi</u>
State

Case number     <u>23-51591-KMS</u>

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**     <u>Citizens Bank, N.A.</u>

**Court claim no.** (if known):   <u>2</u>

**Last 4 digits** of any number you use to identify the debtor's account:     <u>0353</u>

**Date of payment change:**
Must be at least 21 days after date of this notice     <u>05/01/2026</u>

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*     $ <u>1,027.68</u>

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ <u>354.59</u>       **New escrow payment:** $ <u>336.69</u>

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %       **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

Debtor 1     Dustin Keith Mullen                                    Case number (if known) 23-51591-KMS
             First Name     Middle Name     Last Name

## Part 3:     Annual HELOC Notice

**3.  Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes.

Current HELOC payment:                    $ _____

Reconciliation amount:              + $ _____  or

                                    - $ _____

Amount of next payment (including reconciliation amount)            $ _____

Amount of the new payment thereafter (without reconciliation amount)    $ _____

## Part 4:     Other Payment Change

**4.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:     $ _____        New mortgage payment:        $ _____

## Part 5:     Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Natalie Brown                                 Date     3/30/2026
       Signature

Print:     Natalie Brown                              Title     Attorney for Creditor
           First Name     Middle Name     Last Name

Company    Rubin Lublin, LLC

Address    3145 Avalon Ridge Place, Suite 100
           Number          Street
           Peachtree Corners, GA 30071
           City                State     ZIP Code

Contact phone (877) 813-0992                  Email     nbrown@rlselaw.com



**10561 Telegraph Road**
**Glen Allen,VA 23059**

**March 18, 2026**

**THOMAS CARL ROLLINS, JR**
**PO BOX 13767,**
**JACKSON MS 39236**

**Re: Property address: 2786 Purvis Columbia Road**
                   **Lumberton MS 39455**
   **Borrowers: Dustin Mullen**
   **Bankruptcy Case Number:** █████████
   **Chapter: 13**
   **Citizens Loan Number:**

**Dear Counsel,**

**An escrow analysis was performed on the loan referenced above in March, 2026. We sent the escrow analysis statement to your client(s).**

**The new payment, that includes principal, interest and the updated escrow amount, will be $ 1,027.68, effective for the payment due on May 01, 2026. Our records show this loan is contractually due for April 01, 2026.**

**Please have your client(s) adjust the payment amount. We also sent a payment change letter to the trustee.**

**We will be filing the payment change notice with the Bankruptcy Court in accordance with Rule 3002.1(b) of the Federal Rules of Bankruptcy Procedure.**

**If you have questions, give us a call at** ████████████ **Monday through Friday from 8 am to 8 pm ET. If you have a hearing or speech impairment, you can reach the relay service at** ████████████

**Sincerely,**

**Citizens**

████████████████████

Mortgages and home equity loans are offered and originated by Citizens Bank, N.A. ███████████  All loans are subject to approval.
⌂ Equal Housing Lender



**10561 Telegraph Road**
**Glen Allen,VA 23059**

**March 18, 2026**


**DAVID RAWLINGS**
**P.O. BOX 566**
**HATTIESBURG MS 39403**


**Re: Property address: 2786 Purvis Columbia Road**
                **Lumberton MS 39455**
   **Borrowers: Dustin Mullen**
   **Bankruptcy Case Number:** ▮▮▮▮▮▮
   **Chapter: 13**
   **Citizens Loan Number:**

**Dear Trustee,**

**An escrow analysis was performed on the loan referenced above in March, 2026. We sent the escrow analysis statement to the debtor(s).**

**The new payment, that includes principal, interest and the updated escrow amount, will be $ 1,027.68, effective for the payment due on May 01, 2026. Our records show this loan is contractually due for April 01, 2026.**

**Please adjust your records to reflect the new payment amount. We also sent a payment change letter to the debtor's attorney, if applicable.**

**We will be filing the payment change notice with the Bankruptcy Court in accordance with Rule 3002.1(b) of the Federal Rules of Bankruptcy Procedure.**

**If you have questions, give us a call at** ▮▮▮▮▮▮ **Monday through Friday from 8 am to 8 pm ET. If you have a hearing or speech impairment, you can reach the relay service at** ▮▮▮▮▮▮

**Sincerely,**


**Citizens**

Mortgages and home equity loans are offered and originated by Citizens Bank, N.A. ▮▮▮▮. All loans are subject to approval.
⌂ Equal Housing Lender

03/18/26

DUSTIN MULLEN
2786 PURVIS COLUMBIA ROAD
LUMBERTON          MS 39455

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
03/19/25 THROUGH 04/30/25.

| MO/YR | ACTUAL ESCROW DEPOSIT | ACTUAL ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|
| STARTING BALANCE .............................................. | | | | 261.63 |
| 04/25 | 572.68 | | | 834.31 |

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
05/01/25 THROUGH 04/30/26.
         YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
             1,045.58 OF WHICH       690.99 WAS FOR PRINCIPAL AND INTEREST
          AND      354.59 WENT INTO YOUR ESCROW ACCOUNT.

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE ....................................... | | | | | | 1774.32 | 834.31 |
| 05/25 | 303.71 | | * | | | 2078.03 | 834.31 |
| 06/25 | 303.71 | 354.59 | * | | | 2381.74 | 1188.90 |
| 07/25 | 303.71 | 891.91 | * | RHS PREMIUM | 471.24* | 2685.45 | 1609.57 |
| 08/25 | 303.71 | 354.59 | * 482.95 | RHS PREMIUM | * | 2506.21 | 1964.16 |
| 09/25 | 303.71 | 354.59 | * 2283.00 | HAZARD INS | 2459.00* | 526.92 | 140.25- |

03/18/26

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|
| 10/25 | 303.71 | 354.59 * | | | 830.63 | 214.34 |
| 11/25 | 303.71 | 354.59 * | HAZARD INS | 79.00* | 1134.34 | 489.93 |
| 12/25 | 303.71 | 354.59 * | 878.51 COUNTY TAX | 904.72* | 559.54 | 60.20- |
| 01/26 | 303.71 | 709.18 * | | | 863.25 | 648.98 |
| 02/26 | 303.71 | * | | | 1166.96 | 648.98 |
| 03/26 | 303.71 | 354.59 * | | | 1470.67 | 1003.57 |
| 04/26 | 303.71 | 354.59 *Y | | Y | 1774.38 | 1358.16 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING       3,644.46. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED       526.92
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED       526.92.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

03/18/26

██████████████

```
                        ACCOUNT PROJECTION

     MORTGAGE INS          :           471.24
     HAZARD INS            :         2,459.00
     COUNTY TAX            :           904.72
     ----------------------------------------
     ANNUAL DISBURSEMENTS  :         3,834.96
              3,834.96 / 12 =          319.58  ESCROW PAYMENT
```

| MO/YR | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|---|---|---|---|---|---|
| BALANCE AS OF 04/30/26........................... | | | | 1,358.16 | 1,892.96 |
| 05/26 | 319.58 | | | 1,677.74 | 2,212.54 |
| 06/26 | 319.58 | | | 1,997.32 | 2,532.12 |
| 07/26 | 319.58 | | | 2,316.90 | 2,851.70 |
| 08/26 | 319.58 | 471.24 | RHS PREMIUM | 2,165.24 | 2,700.04 |
| 09/26 | 319.58 | 2,459.00 | HAZARD INS | 25.82 | 560.62 |
| 10/26 | 319.58 | | | 345.40 | 880.20 |
| 11/26 | 319.58 | | | 664.98 | 1,199.78 |
| 12/26 | 319.58 | 904.72 | COUNTY TAX | 79.84 | 614.64 |
| 01/27 | 319.58 | | | 399.42 | 934.22 |
| 02/27 | 319.58 | | | 719.00 | 1,253.80 |
| 03/27 | 319.58 | | | 1,038.58 | 1,573.38 |
| 04/27 | 319.58 | | | 1,358.16 | 1,892.96 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,358.16 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     1,892.96 .

THIS MEANS YOU HAVE A SHORTAGE OF      205.37.** THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

03/18/26

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
     1,027.68 OF WHICH        690.99 WILL BE FOR PRINCIPAL AND
INTEREST AND        319.58 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST                 690.99
     ESCROW PAYMENT                         319.58
     OVER/SHORT SPREAD                       17.11
                                      --------------
NEW PAYMENT EFFECTIVE 05/01/26          1,027.68

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

<u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Dustin Keith Mullen
2786 Purvis To Columbia Rd
Lumberton, MS 39455

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Executed on <u>3/30/2026</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor